IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAMMAR DEWAYNE LOGAN, et al. )
)
)
Plaintiffs, )
)
v. )   CIVIL ACTION NO. 5:24-cv-57 (MTT)
)
MACON REHABILITATION AND )
HEALTHCARE CENTER LLC, et al, )
)
Defendants. )
)

## ORDER

The Court **ORDERED** this action, *Logan et al v. Macon Rehabilitation and Healthcare Center LLC et al*, No. 5:24-cv-00057-MTT (M.D. Ga. Feb. 14, 2024), be **CONSOLIDATED** with *Ironshore Specialty Insurance Company v. Logan et al*, No. 5:23-cv-00358-MTT (M.D. Ga. Sept. 18, 2023).  Accordingly, it is **ORDERED** that this action, No. 5:24-cv-00057-MTT, be **ADMINISTRATIVELY CLOSED**.  The consolidated action **SHALL PROCEED** under No. 5:23-cv-00358-MTT, and all future filings in these consolidated proceedings **SHALL BE** made exclusively in No. 5:23-cv-00358-MTT. The Clerk of Court is **DIRECTED** to **TERMINATE** Ironshore's motion to consolidate (Doc. 25) **as moot**.

**SO ORDERED**, this 1st day of August, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT